UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CASTRO, PEDRO | § | Case No. 09-14642 |
| CASTRO, TERESA MARIA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/08/2010 in Courtroom 644,
      United States Courthouse
      219 S. Dearborn
      Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/23/2010    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CASTRO, PEDRO § Case No. 09-14642
CASTRO, TERESA MARIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,001.61 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 10,001.61 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
_____    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Robert B. Katz* | $ 1,750.16 | $ 0.00 |
| *Attorney for trustee: David R. Brown* | $ 1,134.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|                | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 190,865.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Chase Bank USA, N.A.* | $ 6,334.72 | $ 236.22 |
| *000002* | *Chase Bank USA, N.A.* | $ 2,816.36 | $ 105.02 |
| *000003* | *Chase Bank USA, N.A.* | $ 10,159.27 | $ 378.85 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Chase Bank USA, N.A. | $ 17,089.88 | $ 637.29 |
| 000005 | Chase Bank USA, N.A. | $ 10,875.44 | $ 405.55 |
| 000006 | Chase Bank USA, N.A. | $ 414.24 | $ 15.45 |
| 000007 | Chase Student Loan Servicing LLC | $ 88,795.89 | $ 3,311.24 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 11,600.16 | $ 432.57 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 24,351.57 | $ 908.08 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 17,227.18 | $ 642.41 |
| 000011 | GE Money Bank dba SAM'S CLUB | $ 457.31 | $ 17.05 |
| 000012 | GE Money Bank dba SAM'S CLUB | $ 743.35 | $ 27.72 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Robert B. Katz_____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon                Page 1 of 2                  Date Rcvd: Apr 26, 2010
Case: 09-14642                 Form ID: pdf006              Total Noticed: 24


The following entities were noticed by first class mail on Apr 28, 2010.
db/jdb        +Pedro Castro,   Teresa Maria Castro,    4037 South Center,   Lyons, IL 60534-1315
aty           +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty           +Nathan E Curtis,    Geraci Law, LLC,   55 E. Monroe St. # 3400,   Chicago, IL 60603-5920
aty           +Robert B Katz,    Springer Brown Covey Gaetner & Davis,   400 S County Farm Road Suite 330,
                Wheaton, IL 60187-4547
aty           +Springer, Brown, Covey, Gaertner, & Davis LLC,   400 S Country Farm Road Ste 330,
                Wheaton, IL 60187-4547
tr            +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,   53 West Jackson Blvd,   Suite 1320,
                Chicago, IL 60604-4174
13825399      +ACS/COLLEGE LOAN CORP,    Attn: Bankruptcy Dept.,   501 Bleecker St,   Utica, NY 13501-2401
13825402      +AES/RBS CITIZENS NA,    Attn: Bankruptcy Dept.,   1200 N 7Th St,   Harrisburg, PA 17102-1419
13825414      +BANK OF America,    Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
13825413      +BANK OF America,    Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
13825406      +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
13825410     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court:  WASH MUTUAL/Providian,    Attn: Bankruptcy Dept.,   Po Box 9180,
                Pleasanton, CA 94566)
13825400     ++CHASE STUDENT LOAN SERVICING LLC,    PO BOX 523,   MAIL CODE MS1-2000,   MADISON MS 39130-0523
               (address filed with court:  Collegiate Funding SVC,    Attn: Bankruptcy Dept.,
                10304 Spotslvania Ave St,   Fredericksburg, VA 22408)
14424136       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14441888      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,   P.O. Box 740933,
                Dallas, TX 75374-0933
13825397      +Chase Manhattan MTGE,    Attn: Bankruptcy Dept.,   3415 Vision Dr,   Columbus, OH 43219-6009
14482956      +Chase Student Loan Servicing LLC,    PO Box 523,   Madison, MS 39130-0523
13825403      +Dupage Credit Union,    Attn: Bankruptcy Dept.,   1515 Bond St,   Naperville, IL 60563-0112
13825409      +HSBC/RS,   Attn: Bankruptcy Dept.,    90 Christiana Rd,   New Castle, DE 19720-3118
13825398      +IL Designated,    Attn: Bankruptcy Dept.,   1755 Lake Cook Rd,   Deerfield, IL 60015-5215
The following entities were noticed by electronic transmission on Apr 26, 2010.
14696635       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2010 00:22:28
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14699420      +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2010 00:24:16       GE Money Bank dba SAM'S CLUB,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13825405      +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2010 00:24:16       GEMB/SAMS CLUB,
                Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
13825404      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 27 2010 00:23:48       Kohls/Chase,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13825415*     +BANK OF America,    Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
13825407*     +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
13825411*     +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
13825412*     +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
13825401*    ++CHASE STUDENT LOAN SERVICING LLC,    PO BOX 523,   MAIL CODE MS1-2000,   MADISON MS 39130-0523
               (address filed with court:  Collegiate Funding SVC,    Attn: Bankruptcy Dept.,
                10304 Spotslvania Ave St,   Fredericksburg, VA 22408)
13825408*     +GEMB/SAMS CLUB,    Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
                                                                                             TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: kseldon           Page 2 of 2            Date Rcvd: Apr 26, 2010
Case: 09-14642                Form ID: pdf006         Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**          **Signature:**   *Joseph Speetjens*