**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 7 CASE** |
| | ) | |
| **PEDRO CASTRO and** | ) | **CASE NO. 09-14642** |
| **TERESA MARIA CASTRO,** | ) | |
| Debtor(s) | ) | **Hon. PAMELA S. HOLLIS** |
| | ) | **BANKRUPTCY JUDGE** |
| | ) | |

**AMMENDED APPLICATION OF TRUSTEE'S ATTORNEY FOR AWARD
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**TO:    THE HONORABLE PAMELA S. HOLLIS
U.S. BANKRUPTCY JUDGE**

NOW COME SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, duly approved and employed attorneys for the Trustee herein, and pursuant to Bankruptcy Code Section 327, hereby submit their application for award of final compensation. In support thereof, Applicant would respectfully show the Court as follows:

1.    This case is pending under Chapter 7 of the United States Bankruptcy Code, and Robert B. Katz is the duly appointed and qualified trustee herein.

2.    On or about July 14, 2009, this Court entered an Order approving employment of your Applicant as attorneys for the Trustee.

3.    Prior to the date of this Application, Applicant provided certain actual and necessary legal services to the Trustee and to the estate, the nature of which is hereinafter described, and the details of which are set forth in the itemization attached hereto and made a part hereof.

4.     The general nature of the legal services provided herein by Applicant is as follows:

**ASSET ANALYSIS AND RECOVERY:**   Identification and review of potential assets, including causes of action and non-litigation recoveries.

The sole asset in this case was certain equity in Debtors' vehicles.  Debtors initially claimed certain exemptions that Trustee disagreed with.  Counsel represented Trustee in filing a motion to extend the deadline to object to those exemptions. When Trustee negotiated a sale of the vehicles to Debtors for the sum of $10,000. Counsel prepared and presented the appropriate Motion to obtain approval of that sale.

Counsel expended 1.7 hours for services in this category, and seeks compensation therefore in the amount of $688.50.

**FEE\EMPLOYMENT APPLICATIONS:** Preparation of employment and fee applications for self or others; motions to establish interim procedures.

Counsel assisted Trustee in preparing and presenting pleadings necessary for the retention of attorneys and further prepared this fee application.

Counsel expended 1.1 hours in connection with the foregoing, and seeks compensation therefore in the amount of $445.50.

5.  All of the services rendered by Applicant were performed by David R. Brown, whose billing rate throughout this period for such services was $405 per hour.  Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges.  Time is recorded on a tenth-of-an-hour basis.  Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

6.  The compensation rates charged by Applicant are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.  David R. Brown is a 1978 graduate of the University of Chicago Law School, a former associate at

Mayer, Brown & Platt, an attorney and former acting Assistant United States Trustee in the with the United States Trustee for the Northern District of Illinois, and a fifteen year panel trustee.

7.  The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties.

8.  Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is $1,134.00, and Applicant should be awarded compensation in such amount for the legal services rendered by him in this case.

9.  At all times while employed as attorney for the Trustee, Applicant was a disinterested person.


**WHEREFORE**, Applicant prays that after notice and a hearing, he be awarded reasonable compensation and reimbursement of actual and necessary expenses for legal services rendered in this case.


SPRINGER, BROWN, COVEY, GAERTNER
& DAVIS, LLC


/s/ David R. Brown /s/
_____


David R. Brown
Atty No. 3122323
400 South County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000

## SCHEDULE OF SERVICES AND EXPENSES

| Date | Description of Services | Time |
|------|------------------------|------|

**ASSET ANALYSIS AND RECOVERY:**  Identification and review of potential assets, including causes of action and non-litigation recoveries.

| Date | Description of Services | Time |
|------|------------------------|------|
| 7/7/09 | Draft, file and serve Motion to extend deadline to object to Claimed exemptions. | .50 |
| 7/14/09 | Hearing on Motion to Extend Deadline (heard with Motion To employ | .00 |
| 9/11/09 | Draft, file and serve Motion to Sell Property of the Estate | .70 |
| 10/1/09 | Hearing on Motion to Sell (approved) | .50 |
| | **CATEGORY TOTAL:** | **1.70** |

**RETENTION OF PROFESSIONALS**:

| Date | Description of Services | Time |
|------|------------------------|------|
| 7/7/09 | Prepare Application to retain Counsel. | .30 |
| 7/14/09 | Court hearing on retention of counsel | .50 |
| 3/17/10 | Prepare Final Fee Application | .30 |
| | **CATEGORY TOTAL:** | **1.10** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 7 CASE** |
| | ) | |
| **PEDRO CASTRO and** | ) | **CASE NO. 09-14642** |
| **TERESA MARIA CASTRO,** | ) | |
| Debtor(s) | ) | **Hon. PAMELA S. HOLLIS** |
| | ) | **BANKRUPTCY JUDGE** |
| | ) | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)**

Name of Applicant:                                  SPRINGER, BROWN, COVEY, GAERTNER &
DAVIS, LLC

Authorized to provide
Professional services to:                          TRUSTEE

Date of Order Authorizing Employment:    JULY 14, 2009

Period for which
Compensation is sought:                         JULY 7, 2009 – MARCH 17, 2010

Amount of fees sought:                           $1,134.00

Amount of expense
Reimbursement sought:                          $     0.00

                                                                                      x
This is an:      Interim Application _____            Final Application _____

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered
and expenses incurred herein is: $0.00.

                                    Applicant:
                                    SPRINGER, BROWN, COVEY, GAERTNER
                                    & DAVIS, LLC

                                    /S/ David R. Brown /s/
Dated: March 17, 2010            By: _____