# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CASTRO, PEDRO | § | Case No. 09-14642 |
| CASTRO, TERESA MARIA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Robert B. Katz _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| DAVID R. BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE STUDENT LOAN SERVICING LLC | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| GE MONEY BANK DBA SAM'S CLUB | | | | | |
| GE MONEY BANK DBA SAM'S CLUB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 09-14642 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz |
| Case Name: | CASTRO, PEDRO | | | Date Filed (f) or Converted (c): | 04/23/09 (f) |
| | CASTRO, TERESA MARIA | | | 341(a) Meeting Date: | 06/10/09 |
| For Period Ending: | 08/23/10 | | | Claims Bar Date: | 11/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILES AND OTHER VEHICLES | 36,585.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.22 | Unknown |
| 3. 4037 South Center, Lyons, IL 60534 | 242,760.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT | 1.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS AND ART OBJECTS | 40.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLANS AND PROFIT SHARING | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. 2001 HONDA ACCORD | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $294,437.00     $10,000.00     $10,002.22     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled claims for equity in debtors' autos for $10,000.00.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

Ver: 15.20

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-14642 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | CASTRO, PEDRO | Bank Name: | BANK OF AMERICA |
| | CASTRO, TERESA MARIA | Account Number / CD #: | *******1898 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5694 | | |
| For Period Ending: | 08/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/09 | 1 | Pedro and Teresa Castro | Settle Trustee claim Ct.O. 10/01/09 | 1129-000 | 10,000.00 | | 10,000.00 |
| | | Case #09-14642 | | | | | |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 10,000.12 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.37 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.62 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.87 |
| 01/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.12 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 10,001.35 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,001.61 |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.86 |
| 05/25/10 | 000101 | International Sureties, LTD. | Bond #016026455 | 2300-000 | | 5.41 | 9,996.45 |
| | | Suite 420 | 02/01/10 to 02/01/11 | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/28/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,996.70 |
| 06/14/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 9,996.81 |
| 06/14/10 | | Transfer to Acct #*******2059 | Final Posting Transfer | 9999-000 | | 9,996.81 | 0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | 10,002.22 | 10,002.22 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 9,996.81 | |
| | Subtotal | 10,002.22 | 5.41 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 10,002.22 | 5.41 | |

Page Subtotals    10,002.22    10,002.22

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14642 -PSH | | Trustee Name: | Robert B. Katz |
| Case Name: | CASTRO, PEDRO | | Bank Name: | BANK OF AMERICA |
| | CASTRO, TERESA MARIA | | Account Number / CD #: | *******2059 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5694 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/10 | | Transfer from Acct #*******1898 | Transfer In From MMA Account | 9999-000 | 9,996.81 | | 9,996.81 |
| 06/14/10 | 000101 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.22 | 8,246.59 |
| 06/14/10 | 000102 | David R. Brown<br>Springer Brown<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,134.00 | 7,112.59 |
| 06/14/10 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 3.72645% | 7100-000 | | 236.06 | 6,876.53 |
| 06/14/10 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 3.72644% | 7100-000 | | 104.95 | 6,771.58 |
| 06/14/10 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 3.72645% | 7100-000 | | 378.58 | 6,393.00 |
| 06/14/10 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 3.72653% | 7100-000 | | 636.86 | 5,756.14 |
| 06/14/10 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 3.72647% | 7100-000 | | 405.27 | 5,350.87 |
| 06/14/10 | 000108 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000006, Payment 3.72731% | 7100-000 | | 15.44 | 5,335.43 |
| | | | Page Subtotals | | 9,996.81 | 4,661.38 | |

Ver: 15.20

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-14642 -PSH | Trustee Name: | Robert B. Katz |
| Case Name: | CASTRO, PEDRO | Bank Name: | BANK OF AMERICA |
| | CASTRO, TERESA MARIA | Account Number / CD #: | *******2059 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5694 | | |
| For Period Ending: | 08/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/14/10 | 000109 | Chase Student Loan Servicing LLC<br>PO Box 523<br>Madison, MS 39130 | Claim 000007, Payment 3.72650% | 7100-000 | | 3,308.98 | 2,026.45 |
| 06/14/10 | 000110 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 3.72650% | 7100-000 | | 432.28 | 1,594.17 |
| 06/14/10 | 000111 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 3.72649% | 7100-000 | | 907.46 | 686.71 |
| 06/14/10 | 000112 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 3.72649% | 7100-000 | | 641.97 | 44.74 |
| 06/14/10 | 000113 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000011, Payment 3.72614% | 7100-000 | | 17.04 | 27.70 |
| 06/14/10 | 000114 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000012, Payment 3.72637% | 7100-000 | | 27.70 | 0.00 |

Page Subtotals 0.00 5,335.43

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-14642 -PSH | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | CASTRO, PEDRO | | Bank Name: | BANK OF AMERICA |
| | CASTRO, TERESA MARIA | | Account Number / CD #: | *******2059 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5694 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,996.81 | 9,996.81 | 0.00 |
| Less: Bank Transfers/CD's | 9,996.81 | 0.00 | |
| Subtotal | 0.00 | 9,996.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,996.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1898 | 10,002.22 | 5.41 | 0.00 |
| Checking Account (Non-Interest Earn - ********2059 | 0.00 | 9,996.81 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,002.22 | 10,002.22 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ Robert B. Katz

Trustee's Signature: _____ Date: 08/23/10

ROBERT B. KATZ

Page Subtotals 0.00 0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*